1  WO

2

3

4

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF ARIZONA

7   United States of America,

8            Plaintiff,                          MAGISTRATE  NO. 08-0283M

9         v.

10  Jorge Francisco Felix-Garcia,        **Order Re: Extending Time to Indict**

11           Defendant.

12  _____

13        HAVING considered Defendant Jorge Francisco Felix-Garcia's Motion to

14  Extend Time and good cause having been shown;

15        THE COURT makes the following findings:

16     1.   Counsel for defendant has only recently been appointed;

17     2.   The defendant earnestly wishes to consider the plea offer extended by
            the government;

18
       3.   The defendant wishes to investigate possible defenses prior to
19          considering the government's plea offer;

20     4.   The government's plea offer, if accepted by the defendant and then the
            court, would likely reduce defendant's exposure to a significant term of
21          imprisonment;

22     5.   If the defendant does not timely accept the plea offer prior to indictment,
            the government will withdraw said plea offer and any subsequent plea
23          offer after indictment would likely be less advantageous to the
            defendant;
24
       6.   Failure to extend time for indictment in this instance would thus operate
25          to bar defendant from reviewing the government's plea offer in a
            meaningful way prior to indictment; and

26

27                                          1

28  Jul 29, 2008 - 1457

7.   The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

The Court therefore concludes that the ends of justice are best served by granting an extension of time to present the case to the grand jury and in excluding a period of thirty (30) days under the Speedy Trial Act.  In making this determination, the Court has particularly taken into account that the failure to grant the Defendant's request "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within the government may seek to indict defendant, is hereby granted.

**IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment.  Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 29th day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge

Jul 29, 2008 - 1457

2